

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Marjorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to file a motion for en banc reconsideration. Appellant's motion is GRANTED. Appellant's motion for en banc reconsideration is due July 16, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court